SEALED

Receipt # D3082835

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA. *See* LR 79.3

2015 JUN 19  PM 12:58

ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

DEPUTY CLERK __RAN__

| | | |
|---|---|---|
| PARTY UNDER SEAL, | § | |
| | § | |
| Relator, | § | **3-15CV-2085L** |
| | § | Case No. _____ |
| VS. | § | |
| | § | |
| PARTIES UNDER SEAL, | § | |
| | § | |
| Defendants | § | |

**RELATOR'S ORIGINAL COMPLAINT (UNDER SEAL)**

Respectfully submitted,

**WITT, McGREGOR & BOURLAND, P.L.L.C.**

By:  /s/ Matthew C. Witt
     MATTHEW C. WITT
     State Bar No. 21831780

8004 Woodway Drive, Suite 400
Waco, Texas 76712
(254) 751-9133
(254) 751-9134 *fax*
mattwitt@wmbwaco.com

**ATTORNEYS FOR RELATOR**

<u>**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.**</u> *See* LR 79.3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **PARTY UNDER SEAL,** | § | |
| | § | |
| **Relator,** | § | |
| | § | **Case No. _____** |
| **VS.** | § | |
| | § | |
| **PARTIES UNDER SEAL,** | § | |
| | § | |
| **Defendants** | § | |

<u>**RELATOR'S ORIGINAL COMPLAINT (UNDER SEAL)**</u>

Respectfully submitted,

**WITT, McGREGOR & BOURLAND, P.L.L.C.**

By:     /s/ Matthew C. Witt
        MATTHEW C. WITT
        State Bar No. 21831780

8004 Woodway Drive, Suite 400
Waco, Texas 76712
(254) 751-9133
(254) 751-9134 *fax*
mattwitt@wmbwaco.com

**ATTORNEYS FOR PLAINTIFF**
**THE STATE OF TEXAS**
**ex rel. CLINT ANDERSON**



<u>**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA.**</u> *See* LR 79.3

<div align="center">

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

</div>

| | | |
|---|---|---|
| **PARTY UNDER SEAL,** | § | |
| | § | |
| **Relator,** | § | |
| | § | **Case No.** _____ |
| **VS.** | § | |
| | § | |
| **PARTIES UNDER SEAL,** | § | |
| | § | |
| **Defendants** | § | |

<div align="center">

**RELATOR'S ORIGINAL COMPLAINT (UNDER SEAL)**

</div>

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Relator, Clint Anderson,** files this Original Petition under seal, bringing this action based on his direct, independent, and personal knowledge and also on information and belief. Relator brings this action against Defendants for violations of Section 3729, Title 31 of the United States Code, for the United States Government (the "Government") and for himself, pursuant to the authority granted by Section 3730(b), Title 31 of the United States Code, and would show unto the Honorable Court as follows:

<div align="center">

**I.**

**DISCOVERY CONTROL PLAN**

</div>

1.        This case is filed *in camera* and under seal pursuant to Section 3730(b)(2), Title 31 of the United States Code and Local Rule 79.3. Upon unsealing, discovery is intended to be conducted under Section 3731-3733, Title 31 of the United States Code.

<div align="center">

**II.**

**PARTIES AND SERVICE**

</div>

**Relator's Original Complaint (Under Seal) – Page 2**

2.1.     The Plaintiff, **Clint Anderson** ("Relator") is an individual residing in Killeen, Bell County, Texas.  From May 2012 to August 2012, Relator was employed as a therapist at Ellis County Community Services, Inc., in Ellis County, Texas.

2.2.     The last three digits of Plaintiff's social security number are 395.

2.3.     Relator is an original source of the information underlying this Petition and the Disclosure Statement served with Relator's Original Petition.   Relator has also previously provided this information to the United States Government prior to filing this Petition.   Relator has independent knowledge of the information on which the allegations are based.   Relator brings this action on behalf of the United States Government and himself against Defendants for treble damages and civil penalties arising from the Defendants' misrepresentations and failure to disclose material evidence, false statements, and false claims in violation of the False Claims Act, Section 3729, Title 31 of the United States Code.

2.4.     Defendant Alexis Norman is an individual whose principal place of business is located at 307 North Grand Avenue, Waxahachie, Texas, 75165. Service of said Defendant as described above may be effected by personal delivery at the above address or wherever she may be found.

2.5.     Defendant Greater Southwest Group Corp. is a corporation with its principal office located at 625 Jealouse Way, Suite 116, Cedar Hill, Texas 75104-2578.   Said Defendant may be served with process by serving its registered agent, Carlette Roberts, 625 Jealouse Way, Cedar Hill, Texas 75104.   Service of said Defendant as described above may be effected by personal delivery.

2.6.     Defendant Ellis County Community Services, Inc. is a corporation with its principal office located at 307 North Grand Avenue, Waxahachie, Texas 75165.   Said Defendant may be

served with process by serving its registered agent, Alexis Norman, 307 North Grand Avenue, Waxahachie, Texas 75165.  Service of said Defendant as described above may be effected by personal delivery.

## III.

## JURISDICTION

3.1.    The Court has jurisdiction because it is a judicial district in which the defendants can be found, reside, transact business, and which the acts at issue occurred, pursuant to Section 3732(a), Title 31 of the United States Code.

## IV.

## FILING UNDER SEAL

4.1.    In accordance with Section 3730(b)(2), Title 31 of the United States Code and Local Rule 79.3, this Original Complaint is filed *in camera* and under seal and will not be served on the Defendants until the Court so orders.

4.2.    In accordance with Section 3730(b)(2), Title 31 of United States Code, a copy of this Original Complaint and written disclosure has been served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure.

## V.

## FACTUAL BACKGROUND

5.1.    On or about July 28, 2012, Relator had a conversation with an employee of Defendant Ellis County Community Services, Inc. ("Ellis") or Defendant Greater Southwest Group Corporation ("Greater Southwest"), Rosalba Fernandez.   Ms. Fernandez mentioned that as part of her duties, she entered billing information into Ellis' software system.   When Relator asked

Ms. Fernandez what type of billing she was doing, Ms. Fernandez told Relator she was doing Medicaid billing.

5.2.    Relator recalled a conversation between himself and Defendant Alexis Norman, owner of Ellis ("Norman"), wherein Norman informed Relator that Ellis is a grant-funded Medicaid provider, but it does not perform Medicaid billing.

5.3.    When Relator further inquired into Ms. Fernandez's billing work, Ms. Fernandez stated that she billed Medicaid often, at the direction of Norman.   Ms. Fernandez told Relator that Norman gave Ms. Fernandez two large notebooks filled with client names and billing information that she entered into their software system to bill Medicaid.

5.4.    Ms. Fernandez told Relator that she did not know what services she was billing Medicaid for, because Norman gave her a form that had the codes she needed to enter.   Ms. Fernandez further told Relator that she was the individual that entered all of the client information into the company's software system, and she got all of the client information out of the two large notebooks Ms. Fernandez received from Norman.

5.5.    Ms. Fernandez agreed to provide Relator with a copy of the billing information she told him about.   Ms. Fernandez provided Relator with a copy of instructions on completing the billing forms, and a copy of a Health Insurance Claim Form ("HICF") for a client, attached hereto as Exhibits "1" and "2," respectively.

5.6.    On examining the forms, Relator saw that the HICF for the client on Exhibit 2 showed Medicaid was billed for 2 hours a day for 5 consecutive days for services provided at Ellis' Grand Avenue location ("Grand Avenue").   However, the client's address was in a city approximately 6.5 hours from the Grand Avenue location.   Relator asked Ms. Criner, the program

manager at Grand Avenue, if she knew the client.   Ms. Criner told Relator she had never met or seen the client's name listed on billing.

5.7.     When Relator further investigated Exhibit 2, he discovered that his NPI (National Provider Identifier) number had been used on this client's HICF to bill Medicaid.   However, Relator was not working at Grand Avenue on the dates listed on the HICF.   Therefore, he contacted the only provider working at Grand Avenue on the dates listed on the HICF, Mr. Van Zandt, to determine if the client was Mr. Van Zandt's patient.   Mr. Van Zandt stated that he did not know the client listed on the HICF, and he was on vacation during the dates listed on the HICF.

5.8.     On July 30, 2012, Relator asked Ms. Criner for the attendance log for Grand Avenue for the dates listed on the HICF in Exhibit 2, which Ms. Criner provided for him.   The client on the HICF was not listed on the Grand Avenue attendance log.   Ms. Criner again told Relator she did not know the client whose name appeared on the HICF.

5.9.     On or about August 3, 2012, Ms. Fernandez provided Relator with a folder containing HICF sheets for approximately 17 other clients for services allegedly provided by Ellis at the Grand Avenue location.   These items are attached hereto as Exhibits 3-19.   On several of the HICF sheets, Relator's NPI number was used for services that were allegedly provided prior to Relator's beginning his employment with Ellis. (Exhibits 5, 7, 8, 10, 12, 13, 17, 18, 19).   Some of the HICF sheets also contain NPI numbers for other individual providers that Relator does not recognize as employees of Ellis or Greater Southwest. (Exhibits 3, 6, 9, 11).   All of the clients on the HICF sheets have identical diagnostic codes and the same provider location, which is the Grand Avenue address.   None of the clients are known to Relator.

5.10.     Therefore, Relator believes Defendants have billed Medicaid for services they have not provided, and have billed Medicaid for services rendered to patients they have not treated.

Further, Relator believes Defendants have used his NPI number and the NPI number of other individual practitioners to bill Medicaid for services to patients that none of these practitioners have treated at the Grand Avenue location.

## VI.

## DEFENDANTS' UNLAWFUL ACTS UNDER THE FALSE CLAIMS ACT

6.1.     Relator alleges and incorporates the above paragraphs as if fully set forth herein.

6.2.     In connection with services rendered to patients covered by the Medicaid program, Defendants have conspired to and have in fact, knowingly or intentionally, caused the Medicaid program to overcharged, through the following acts:

    a.     Pursuant to Section 3729(a)(1)(A), Title 31 of the United States Code, Defendants knowingly presented, or caused to be presented, a false or fraudulent claim for payment or approval;

    b.     Pursuant to Section 3729(a)(1)(B), Title 31 of the United States Code, Defendants knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim; and

    c.     Pursuant to Section 3729(a)(1)(C), Title 31 of the United States Code, Defendants conspired to commit a violation of subparagraph (A) and (B).

6.3.     Each of such acts and omissions by Defendants, singularly or in combination with others, constitute a False Claim.

## VII.

## CAUSATION

7.1.     The United States Government made excessive Medicaid payments based upon these misrepresentations and failure to disclose material facts and was therefore damaged.

7.2.     The Defendants have profited and the United States Government has paid excessive Medicaid reimbursements and has suffered monetary damages by the unlawful acts of Defendants.

7.3.    The United States Government, unaware of Defendants' wrongdoing and unlawful acts, paid excessive Medicaid reimbursements that otherwise would not have been allowed.

7.4.    Defendants' acts and omissions constitute unlawful conduct, violations of the False Claims Act, and were a legal cause, proximate cause, and/or cause-in-fact of the Government's damages.

## VIII.

## DAMAGES

8.1.    Relator alleges and reincorporates by reference as set forth herein the allegations contained in the above paragraphs.

8.2.    Pursuant to the False Claims Act, Defendants are liable for a civil penalty of not less than $5,000 and not more than $10,000.

8.3    Pursuant to the False Claims Act, Defendants are liable for damages to the United States Government in the amount of three (3) times the amount of damages which the Government sustains because of these acts.

8.3.    This action is a claim for damages as required by Section 3729, Title 31 of the United States Code.

## IX.

## DEMAND FOR JURY TRIAL

9.1.    Relator, on behalf of himself and the United States Government, demands a jury trial on all claims alleged herein pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## X.

## PRAYER FOR RELIEF

WHEREFORE, Relator respectfully requests as follows:

1.      That Defendants be cited to appear and answer this lawsuit;

2.      That the United States Government, upon trial of this cause, be awarded the following damages:

     a.      monetary relief in the amount of any payment provided under the Medicaid program as a result of Defendants' unlawful acts;

     b.      interest on the amount of the payment at the prejudgment interest rate in effect on the date the payment was paid, for the period from the date the benefit was paid to the date that the Government recovers the amount of the payment;

     c.      a civil penalty of not less than $5,000.00 and not more than $10,000.00;

     d.      three (3) times the amount of the payments made by the United States Government under the Medicaid program as a result of Defendants' unlawful acts; and

     e.      post-judgment interest and reasonable attorneys' fees, costs, and expenses that the Government reasonably incurred in obtaining civil remedies or in conducting investigations in connection with this litigation; and

3.      That Relator, upon trial of this cause, be awarded the following damages:

     a.      the maximum percentage of the amounts recovered by the United States Government as a result of this action in accordance with Section 3730(d), Title 31 of the United States Code; and

     b.      reasonable expenses, reasonable attorneys' fees, and costs that Relator necessarily incurred in bringing this action and advancing this case to litigation.

4.      Plaintiffs further pray for such other and further relief as to which they are justly entitled.

Respectfully submitted,

**WITT, McGREGOR & BOURLAND, P.L.L.C.**

By:     /s/ Matthew C. Witt
      MATTHEW C. WITT

**Relator's Original Complaint (Under Seal) – Page 9**

State Bar No. 21831780

8004 Woodway Drive, Suite 400
Waco, Texas 76712
(254) 751-9133
(254) 751-9134 *fax*
mattwitt@wmbwaco.com

**ATTORNEYS FOR PLAINTIFF**
**UNITED STATES GOVERNMENT**
**ex rel. CLINT ANDERSON**



EXHIBIT
1

# CLAIMS FILING INFORMATION

### Website:www.tmhp.com

### Claim type form 1500

### Medicaid number is also the client number

## COMPANY INFORMATION

1. GREATER SOUTHWEST GROUP
   307 NORTH GRAND AVENUE
   WAXAHACHIE,TEXAS 75165
   972-291-2929
   EIN#-010866255
   NPI#1619203361

   DIAGNOSIS CODE-309.28
   PROCEDURE CODE-90806
   LOGIN-Intern75104
   Password-~~greater3071~~ South3071

2. ELLIS COUNTY COMMUNITY SERVICES
   625 JEALOUSE WAY
   SUITE 116
   CEDAR HILL,TEXAS 75104
   972-768-2908
   EIN#-272493382
   NPI#1376864363

   DIAGNOSIS CODE-309.28
   PROCEDURE CODE-90806
   LOGIN-Office75104
   PASSWORD- ~~ellis3071~~
   county 3071

**EXHIBIT 2**

07/22/2007  22:15    2147249977

PAGE 01/01

**1500**

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08-05

[ ] PICA

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA [ ]

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) [X] | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | REDACTED |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
REDACTED

3. PATIENT'S BIRTH DATE / SEX
Redacted   M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
REDACTED

5. PATIENT'S ADDRESS (No., Street)
REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

7. INSURED'S ADDRESS (No., Street)
REDACTED

CITY: CANYON   STATE: TX

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [X]

CITY: CANYON   STATE: TX

ZIP CODE: 79015-6405   TELEPHONE (Include Area Code): ( )

ZIP CODE: 79015-6405   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  [ ] YES  [ ] NO

a. INSURED'S DATE OF BIRTH
MM DD YY   REDACTED   SEX  M [X]  F [ ]

b. OTHER INSURED'S DATE OF BIRTH   SEX  M [ ]  F [ ]

b. AUTO ACCIDENT?  [ ] YES  [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  [ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)   MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY   TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a. 
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY   TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [ ] NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2. 
3. 
4. 

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 02 12  06 02 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |
| 2 | 06 03 12  06 03 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |
| 3 | 06 05 12  06 05 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |
| 4 | 06 07 12  06 07 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |
| 5 | 06 09 12  06 09 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |
| 6 | 06 10 12  06 10 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621050 1376864383 |

25. FEDERAL TAX I.D. NUMBER   SSN [ ]  EIN [ ]
REDACTED

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  [X] YES  [ ] NO

28. TOTAL CHARGE   $ 960 00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

07 25 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

**EXHIBIT 3**

1500

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) [X] | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | REDACTED |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| REDACTED | Redacted | M [X] F [ ] | REDACTED |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| REDACTED | Self [ ] Spouse [ ] Child [ ] Other [ ] | REDACTED |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| LONGVIEW | TX | Single [X] Married [ ] Other [ ] | LONGVIEW | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 75604 | ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | 75604 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES [ ] NO [ ] | REDACTED | M [X] F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M [ ] F [ ] | YES [ ] NO [ ] | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [ ] | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [X]   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| | | FROM   TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b. NPI | FROM   TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB?   YES [ ] NO [ ]   $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 309 28          3. | |
| 2.                  4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 16 12 | 06 16 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1689948895 / NPI 1376864363 |
| 06 17 12 | 06 17 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1689948895 / NPI 1376864363 |
| 06 23 12 | 06 23 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1689948895 / NPI 1376864363 |
| 06 24 12 | 06 24 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1689948895 / NPI 1376864363 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| REDACTED   [ ] [X] | | YES [X] NO [ ] | $ 640 00 | $ | $ 640 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( ) |
|---|---|---|
| SIGNED   08 01 2012   DATE | ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 | ELLIS COUNTY COMMUNITY SERVICES, INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 |
| | a. 1376864363   b. | a. 1376864363   b. 216914601 |

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION



TMHP   TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 3/12/2012 1:00:14 PM



Patient Information

M

LONGVIEW, TX 7560■

out-of-state

INDIV OUTS



Inquiry Information

1376364363
3/1/2012
3/9/2012

## Eligibility Segments

| | | | | | |
|---|---|---|---|---|---|
| EFF: 2/1/2012 | 13 SSI, RECIPIENT | REGULAR | R | 100 - TRADITIONAL MEDICAID | |
| TRM : 3/31/2012 | | | | | |
| ADD : 12/21/2011 | | | | | |

**Medicare Segments**
No Medicare Segments found

*June 90847*
*16, 17*
*23, 24*

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

*1689948895*

**TPL Segments**
No TPL Segments found

**Managed Care Segments**
No Managed Care Segments found

**Limits Segments**

| | | | |
|---|---|---|---|
| 2/10/2012 | | | 4/6/2010 |

*Paid*

*# 1000200302012209568 28368*

EXHIBIT

**4**

TMHP

Home :: TMHP.com :: My Account

Navigation

Logged in as: ellis75104 :: Log Off

Print Options ::

⌂ TexMedConnect
Acute Care
  Eligibility
    Eligibility
    Client Group List
    EV Batch History
  Claims
    Claims Entry
    Individual Template
    Draft
    Pending Batch
    Batch History
  CSI
  R&S
  Appeals
  AHSI 835

TexMedConnect Ready

## Eligibility Verification Results

Ellis

New Lookup          Return with Search Criteria

**Patient Information**

| | |
|---|---|
| Client No./Trainee SSN | |
| DOB | |
| Gender | M |
| SSN | |
| Name | |
| Address | LONGVIEW, TX 7560X |
| County | Gregg |
| Medicare No. | |
| Base Plan | |

**Inquiry Information**

| | |
|---|---|
| NPI/API | 1375664363 |
| Eligibility From | 2/1/2012 |
| Eligibility Through | 2/17/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | |
| Last Name | |
| First Name | |

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Spend-down |
|---|---|---|---|---|---|

*Handwritten notes:*

Feb

4,5   7,9
11,12   14,16
18,19   2
25,26   21,23

1033273156
580
90806

2000 2003001 2048 1003111 3

Paul

#0

**EXHIBIT 5**

1500

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

PICA

| | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | REDACTED |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
REDACTED

3. PATIENT'S BIRTH DATE  SEX
REDACTED  M [X]  F []

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
REDACTED

5. PATIENT'S ADDRESS (No., Street)
REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse []  Child []  Other []

7. INSURED'S ADDRESS (No., Street)
REDACTED

CITY: WACO  STATE: TX

8. PATIENT STATUS
Single [X]  Married []  Other []

CITY: WACO  STATE: TX

ZIP CODE: 76712  TELEPHONE (Include Area Code) ( )

Employed []  Full-Time Student []  Part-Time Student [X]

ZIP CODE: 76712  TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [ ] NO

a. INSURED'S DATE OF BIRTH
REDACTED  SEX  M [X]  F []

b. OTHER INSURED'S DATE OF BIRTH  SEX
MM DD YY  M []  F []

b. AUTO ACCIDENT?
[ ] YES  [ ] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY  TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY  TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [ ] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION  CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 03 12 | 04 03 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 2 | 04 05 12 | 04 05 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 3 | 04 07 12 | 04 07 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 4 | 04 08 12 | 04 08 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 5 | 04 10 12 | 04 10 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 6 | 04 12 12 | 04 12 12 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER  SSN EIN
REDACTED  [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
[X] YES  [ ] NO

28. TOTAL CHARGE
$ 960 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED  06 19 2012  DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b. 216914601

NUCC Instruction Manual available at www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEXAS MEDICARE HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

| | |
|---|---|
| PICA | PICA |

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP HEALTH PLAN FECA BLK LUNG OTHER | 1a. INSURED'S ID NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) (Medicaid #) [X] (Sponsor's SSN) (Member ID#) (SSN or ID) (SSN) (ID) | REDACTED |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| REDACTED | REDACTED M [X] F | REDACTED |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| REDACTED | Self [X] Spouse Child Other | REDACTED |

| CITY STATE | 8. PATIENT STATUS | CITY STATE |
|---|---|---|
| WACO TX | Single [X] Married Other | WACO TX |

| ZIP CODE TELEPHONE (Include Area Code) | | ZIP CODE TELEPHONE (Include Area Code) |
|---|---|---|
| 76712 ( ) | Employed Full-Time Student Part-Time Student | 76712 ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES NO | a. INSURED'S DATE OF BIRTH SEX |
| | | REDACTED M [X] F |
| b. OTHER INSURED'S DATE OF BIRTH SEX | b. AUTO ACCIDENT? PLACE (State) YES NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| M F | | |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| | | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28      3. ⌐

22. MEDICAID RESUBMISSION CODE           ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 04 14 12 | 04 14 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 2 | 04 15 12 | 04 15 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 3 | 04 17 12 | 04 17 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 4 | 04 19 12 | 04 19 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 5 | 04 21 12 | 04 21 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 6 | 04 22 12 | 04 22 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| REDACTED [X] | | [X] YES NO | $ 960 00 | $ | $ 960 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| SIGNED 06 19 2012 DATE | ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 a. 1376864363 b. | ELLIS COUNTY COMMUNITY SERVICES,INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 a. 1376864363 b. 216914601 |

NUCC Instruction Manual available at www.nucc.org

1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

PICA

TEXAS MEDICAID & HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | REDACTED | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| REDACTED | REDACTED M [X] F [ ] | | REDACTED |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| REDACTED | Self [X] Spouse [ ] Child [ ] Other [ ] | REDACTED |

| CITY WACO | STATE TX | 8. PATIENT STATUS | CITY WACO | STATE TX |
|---|---|---|---|---|
| | | Single [X] Married [ ] Other [ ] | | |

| ZIP CODE 76712 | TELEPHONE (Include Area Code) ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [X] | ZIP CODE 76712 | TELEPHONE (Include Area Code) ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) [ ] YES [ ] NO | a. INSURED'S DATE OF BIRTH MM DD YY REDACTED | SEX M [X] F [ ] |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY | SEX M [ ] F [ ] | b. AUTO ACCIDENT? [ ] YES [ ] NO | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? [ ] YES [ ] NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT: MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY FROM   TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY FROM   TO |

| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? [ ] YES [ ] NO   $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 04 24 12 | | | 04 24 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 04 28 12 | | | 04 28 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 04 29 12 | | | 04 29 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| REDACTED   [X] | | [X] YES [ ] NO | $ 480 00 | $ | $ 480 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # ( ) |
|---|---|---|
| | ELLIS COUNTY COMMUNITY | ELLIS COUNTY COMMUNITY SERVICES, INC |
| | 625 JEALOUSE WAY # 116 | 625 JEALOUSE WAY # 116 |
| | CEDAR HILL TX 75104 | CEDAR HILL TX 75104 |
| SIGNED   06 19 2012   DATE | a. 1376864363   b. | a. 1376864363   b. 216914601 |

NUCC Instruction Manual Available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**TMHP** TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 6/14/2012 9:05:37 PM




### Patient Information

| Field | Value |
|---|---|
| Client ID/Patient SSN | ▓▓▓▓▓ |
| Sex | M |
| Suffix | |
| SSN | |
| Name | ▓▓▓▓▓ |
| Address | ▓▓▓▓▓ WACO, TX 7671▓▓▓ |
| County | McLennan |
| Medicare No. | |
| Plan Code | INDIV OUTS |

### Inquiry Information

| Field | Value |
|---|---|
| NPI/API | 1376864363 |
| Eligibility From | 4/1/2012 |
| Eligibility Through | 4/30/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | ▓▓▓▓▓ |
| Last Name | |
| First Name | |

*28*

### Eligibility Segments

| Segment Date | Medicaid Type | Consent Type | Program | Benefit Plan | Service Group Indicator |
|---|---|---|---|---|---|
| EFF : 5/1/2010
TRM : 6/30/2012
ADD : 4/9/2010 | 13 SSI, RECIPIENT | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

*LMFT*

### Medicare Segments
No Medicare Segments found

### Lock-In Segments
No Lock-In Segments found

### TPR Segments
No TPR Segments found

### TPL Segments
No TPL Segments found

*April*
*3/5*
*10/19  90847*
*7/8  17/19*
*14/15  24*
*21/22  18716210 60*
*28/29*

### Managed Care Segments

| Segment Date | Organization | Name | Phone |
|---|---|---|---|
| EFF : 3/1/2012
TRM : 6/30/2012
ADD : 2/10/2012 | MCNA | | |
| EFF : 3/1/2012
TRM : 6/30/2012
ADD : 2/10/2012 | MCNA | | |

### Limits Segments

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| 10/11/2011 | | | 6/21/2011 | 5/18/2012 |

*# 1000200 3020121 6743617412 / Paid*

**EXHIBIT 6**

HEALTH INSURANCE CLAIM FORM

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

X

REDACTED
REDACTED

REDACTED X

REDACTED
REDACTED
REDACTED

X

MARSHALL                    TX          X                    MARSHALL                    TX

75670                           X              75670

REDACTED                X

SIGNATURE ON FILE                                          SIGNATURE ON FILE

X

309 28

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 07 | 12 | 04 | 07 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |
| 04 | 08 | 12 | 04 | 08 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |
| 04 | 14 | 12 | 04 | 14 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |
| 04 | 15 | 12 | 04 | 15 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |
| 04 | 21 | 12 | 04 | 21 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |
| 04 | 22 | 12 | 04 | 22 | 12 | 1 | 90847 | | 1 | 160 00 | 2 | 1467637181 1376864363 |

REDACTED               X                    X  YES                              960 00                    960 00

ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
08 01 2012    CEDAR HILL TX 75104
1376864363

ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363   : 216914601

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

| MEDICARE | MEDICAID [X] | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: **REDACTED**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): *REDACTED*

3. PATIENT'S BIRTH DATE: *REDACTED*   SEX: M [X] F

4. INSURED'S NAME (Last Name, First Name, Middle Initial): *REDACTED*

5. PATIENT'S ADDRESS (No., Street): *REDACTED*

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse Child Other

7. INSURED'S ADDRESS (No., Street): *REDACTED*

CITY: MARSHALL   STATE: TX

8. PATIENT STATUS: Single [X] Married Other

CITY: MARSHALL   STATE: TX

ZIP CODE: 75670   TELEPHONE (Include Area Code): ( )

Employed   Full-Time Student   Part-Time Student

ZIP CODE: 75670   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) YES NO

a. INSURED'S DATE OF BIRTH: *REDACTED*   SEX: M [X] F

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY   SEX: M F

b. AUTO ACCIDENT? YES NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO   If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP): MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION: FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES: FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB? YES NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)

1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 04 | 28 | 12 | 04 | 28 | 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1467637181 |
| | | | | | | | | | | | | | | NPI | 1376864363 |
| 04 | 29 | 12 | 04 | 29 | 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1467637181 |
| | | | | | | | | | | | | | | NPI | 1376864363 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: *REDACTED*   SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES [X] NO

28. TOTAL CHARGE: $ 320 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 320 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS

SIGNED   DATE 08 01 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org

*Ellis*

**TMHP** TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 7/22/2012 12:29:18 PM

**Patient Information**

Client No./Trainee SSN
DOB
Gender                                                    M
SSN
Name
Address                                      MARSHALL, TX 75670
County                                       Harrison
Medicare No.
Case Plan

**Inquiry Information**

NPI/API                              1376354363
Eligibility From                     4/1/2012
Eligibility Through                  4/30/2012
Medicaid Client No.
Social Security Number
Date of Birth
Last Name
First Name

**Eligibility Segments**

| Segment Dates | Medical Coverage | Program Type | Program | Benefit Plan | Dependent Indicator |
|---|---|---|---|---|---|
| EFF : 2/1/2012<br>TRM : 7/31/2012<br>ADD : 2/23/2012 | 48 RIBICOFF CHILDREN UNDER AGE 4 WITH INC | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**
No Medicare Segments found

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Name | Phone |
|---|---|---|---|
| EFF : 4/1/2012<br>TRM : 7/31/2012<br>ADD : 2/23/2012 | DELTA DENTAL | | |

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| 4/13/2011 | | | | 8/30/2011 |

  


**TMHP** TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 7/22/2012 12:29:18 PM

**Patient Information**



M

MARSHALL, TX 75670

Harrison

**Inquiry Information**



| | |
|---|---|
| NPI/API | 1376864353 |
| Eligibility From | 4/1/2012 |
| Eligibility Through | 4/30/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | |
| Last Name | |
| First Name | |

**Eligibility Segments**

| | | | | | |
|---|---|---|---|---|---|
| EFF : 2/1/2012 TRM : 7/31/2012 ADD : 2/23/2012 | 43 RIBICOFF CHILDREN UNDER AGE 4 WITH INC | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**
No Medicare Segments found

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**

| | | | | |
|---|---|---|---|---|
| EFF : 4/1/2012 TRM : 7/31/2012 ADD : 2/23/2012 | DELTA DENTAL | | | |

**Limits Segments**

| | | | |
|---|---|---|---|
| 4/13/2011 | | | 8/30/2011 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

EXHIBIT 7

TEXAS MEDICAID HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA | | | | PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | REDACTED |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
REDACTED

3. PATIENT'S BIRTH DATE   SEX
REDACTED   M [X]   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
REDACTED

5. PATIENT'S ADDRESS (No., Street)
REDACTED

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse   Child   Other

7. INSURED'S ADDRESS (No., Street)
REDACTED

CITY: KILLEEN   STATE: TX

8. PATIENT STATUS
Single [X]   Married   Other

CITY: KILLEEN   STATE: TX

ZIP CODE: 76549   TELEPHONE (Include Area Code) ( )

Employed   Full-Time Student   Part-Time Student

ZIP CODE: 76549   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   NO

a. INSURED'S DATE OF BIRTH   SEX
REDACTED   M [X]   F

b. OTHER INSURED'S DATE OF BIRTH   SEX
M   F

b. AUTO ACCIDENT?   PLACE (State)
YES   NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
YES   NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | |
| 03 | 01 | 12 | 03 | 01 | 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
REDACTED   [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
[X] YES   NO

28. TOTAL CHARGE   $ 160 00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 160 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   06 01 2012   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

 *Ellk*

**TMHP** TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 3/13/2012 9:46:52 AM

**Patient Information**



KILLEEN, TX 75549

Bell

INDIV OUTS

**Inquiry Information**



1619203351

3/1/2012

3/9/2012

**Eligibility Segments**

| | | Program Type | Program | Benefit Plan | |
|---|---|---|---|---|---|
| EFF : 7/1/2010 | 13 SSI, RECIPIENT | REGULAR | R | 100 - TRADITIONAL MEDICAID | |
| TRM : 3/31/2012 | | | | | |
| ADD : 5/20/2010 | | | | | |

**Medicare Segments**
No Medicare Segments found

*March   1   90847*

*187/621060*

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**

| | Description | | Phone |
|---|---|---|---|
| EFF : 3/1/2012 | MCNA | | |
| TRM : 3/31/2012 | | | |
| ADD : 2/10/2012 | | | |
| EFF : 3/1/2012 | MCNA | | |
| TRM : 3/31/2012 | | | |
| ADD : 2/10/2012 | | | |

**Limits Segments**

| | | Beg Date | | Medical |
|---|---|---|---|---|
| 7/9/2009 | | | | 8/17/2010 |

*# 10002003020121533398/2483 / Paid*

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) | (Medicaid #) X | (Sponsor's SSN) | (Member ID) | (SSN or ID) | (SSN) | (ID) | Redacted |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Redacted | Redacted | M X   F | Redacted |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Redacted | Self X  Spouse  Child  Other | Redacted |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| TEMPLE | TX | Single X  Married  Other | TEMPLE | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 76501 | ( ) | Employed  Full-Time Student  Part-Time Student | 76501 | ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH | SEX |
|---|---|---|---|
| | YES  NO | Redacted | M X  F |

| b. OTHER INSURED'S DATE OF BIRTH | SEX | b. AUTO ACCIDENT? | PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| MM DD YY | M  F | YES  NO | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES  NO | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES  X NO   If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY |
|---|---|---|
| | | FROM    TO |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY |
|---|---|---|
| | 17b. NPI | FROM    TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES  NO | |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|---|
| 1. 309 28    3. | |
| 2.    4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. | A. DATE(S) OF SERVICE | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | To MM DD YY | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 03 01 12 | 03 01 12 | | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 2 | | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| Redacted | X | | X YES  NO | $ 160 00 | $ | $ 160 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| SIGNED    DATE 06 01 2012 | ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 a. 1376864363   b. | ELLIS COUNTY COMMUNITY SERVICES, INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 a. 1376864363   b. 216914601 |

*Ellis*



TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 3/13/2012 9:48:05 AM

### Patient Information



Screen No. Name SSN
DOB
Gender                M
SSN
Name
State                 TEMPLE, TX 7650
County                Bell
Medicaid No.

### Inquiry Information



NPI/API                1619203361
Eligibility From       3/1/2012
Eligibility Through    3/9/2012
Medicaid/Client No.
Social Security Number
Date of Birth
Last Name
First Name

### Eligibility Segments

| Service Dates | Medical Coverage | Program Type | Patient # | Benefit Plan | |
|---|---|---|---|---|---|
| EFF : 12/1/2011 TRM : 3/31/2012 ADD : 1/4/2012 | 44 MEDICAID EXPANSION FOR CHILDREN (FEDER | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

### Medicare Segments
No Medicare Segments found

*March 1 90847*
*1871621060*

### Lock-In Segments
No Lock-In Segments found

### TPR Segments
No TPR Segments found

### TPL Segments
No TPL Segments found

### Managed Care Segments

| Service Dates | Organization | Bank | Phone |
|---|---|---|---|
| EFF : 3/1/2012 TRM : 3/31/2012 ADD : 2/10/2012 | MCNA | | |
| EFF : 3/1/2012 TRM : 3/31/2012 ADD : 2/10/2012 | MCNA | | |

### Limits Segments

| Dental | Texas Am | Prenatal | Eyegla | Medical |
|---|---|---|---|---|
| 2/28/2012 | | | | 9/15/2011 |

*#100200302012153398124476/paid*

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

PICA

**EXHIBIT 9**

TEXAS MEDICAID & HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| | | | | | | | 1a. INSURED'S I.D. NUMBER (For Program in item 1) |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID [X] (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE — SEX
Redacted   M [ ]  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: BOERNE    STATE: TX

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [X]

CITY: BOERNE    STATE: TX

ZIP CODE: 78006    TELEPHONE (Include Area Code) ( )

ZIP CODE: 78006    TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [ ] NO

a. INSURED'S DATE OF BIRTH    SEX
Redacted    M [ ]  F [X]

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM DD YY    M [ ]  F [ ]

b. AUTO ACCIDENT?    PLACE (State)
[ ] YES  [ ] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY
FROM    TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [ ] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28    3.
2.    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06 02 12 | 06 02 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1689948895 |
| | | | | | | | | | | NPI | 1376864363 |
| 06 03 12 | 06 03 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1689948895 |
| | | | | | | | | | | NPI | 1376864363 |
| 06 09 12 | 06 09 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1689948895 |
| | | | | | | | | | | NPI | 1376864363 |
| 06 10 12 | 06 10 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1689948895 |
| | | | | | | | | | | NPI | 1376864363 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN [ ] EIN [X]
Redacted

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
[X] YES  [ ] NO

28. TOTAL CHARGE  $ 640 00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 640 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE 08 01 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b.

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b. 216914601

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION



1500

## HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

**EXHIBIT 10**

MEDICARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA | | | | | | PICA

| 1. | MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| | (Medicare #) [X] | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Redacted | Redacted M [ ] F [X] | Redacted |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Redacted | Self [X] Spouse [ ] Child [ ] Other [ ] | Redacted |

| CITY LONGVIEW | STATE TX | 8. PATIENT STATUS Single [X] Married [ ] Other [ ] | CITY LONGVIEW | STATE TX |
|---|---|---|---|---|

| ZIP CODE 75604 | TELEPHONE (Include Area Code) ( ) | Employed [ ] Full-Time Student [ ] Part-Time Student [ ] | ZIP CODE 75604 | TELEPHONE (Include Area Code) ( ) |
|---|---|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES [ ] NO [ ] | a. INSURED'S DATE OF BIRTH MM DD YY SEX |
|---|---|---|
| | | Redacted M [ ] F [X] |

| b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ] | b. AUTO ACCIDENT? YES [ ] NO [ ] PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES [ ] NO [ ] | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [ ] NO [X] If yes, return to and complete item 9 a-d. |
|---|---|---|

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE** DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY |
|---|---|---|
| | 17b. NPI | FROM TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES [ ] NO [ ] $ CHARGES |
|---|---|

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF NO. |
|---|---|
| 1. 309 28 3. | |
| 2. 4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 05 12 | 03 05 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 07 12 | 03 07 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 09 12 | 03 09 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 12 12 | 03 12 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 14 12 | 03 14 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 16 12 | 03 16 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| Redacted [ ] [X] | | YES [X] NO [ ] | $ 960 00 | $ | $ 960 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| | ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 | ELLIS COUNTY COMMUNITY SERVICES,INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 |
| SIGNED 06 07 2012 DATE | a. 1376864363 b. | a. 1376864363 b. 216914601 |

NUCC Instruction Manual available at www.nucc.org

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

MEDICAID CARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA ▮ ▮ PICA

| 1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| (Medicare #) ☐ (Medicaid #) ☒ (Sponsor's SSN) ☐ (Member ID#) ☐ (SSN or ID) ☐ (SSN) ☐ (ID) ☐ | Redacted |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE   SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| REDACTED | Redacted   M☐ F☒ | Redacted |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| REDACTED | Self☐ Spouse☐ Child☐ Other☐ | Redacted |

| CITY   STATE | 8. PATIENT STATUS | CITY   STATE |
|---|---|---|
| LONGVIEW   TX | Single☒ Married☐ Other☐ | LONGVIEW   TX |

| ZIP CODE   TELEPHONE (Include Area Code) | | ZIP CODE   TELEPHONE (Include Area Code) |
|---|---|---|
| 75604   ( ) | Employed☐ Full-Time Student☐ Part-Time Student☒ | 75604   ( ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐YES ☐NO | a. INSURED'S DATE OF BIRTH   SEX |
|---|---|---|
| | | Redacted   M☐ F☒ |

| b. OTHER INSURED'S DATE OF BIRTH   SEX | b. AUTO ACCIDENT?   PLACE (State) ☐YES ☐NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY   M☐ F☐ | | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐YES ☐NO | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | | |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐YES ☒NO  If yes, return to and complete item 9 a-d. |
|---|---|---|
| | | |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  **SIGNATURE ON FILE**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM   TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM   TO |
|---|---|---|
| | 17b. NPI | |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? ☐YES ☐NO   $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28
3.

| 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
|---|

| 23. PRIOR AUTHORIZATION NUMBER |
|---|

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 03 19 12 / 03 19 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 21 12 / 03 21 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 23 12 / 03 23 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 26 12 / 03 26 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 28 12 / 03 28 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 30 12 / 03 30 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |

| 25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? ☒YES ☐NO | 28. TOTAL CHARGE $ 960 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 960 00 |
|---|---|---|---|---|---|
| Redacted | | | | | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # |
|---|---|---|
| 06 07 2012 | ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 | ELLIS COUNTY COMMUNITY SERVICES, INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104 |
| SIGNED   DATE | a. 1376864363 | a. 1376864363   b. 216914601 |

NUCC Instruction Manual available at: www.nucc.org

TMHP





TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
TMHP   A STATE MEDICAID CONTRACTOR

Printed on: 3/13/2012 12:10:16 PM

**Patient Information**



LONGVIEW, TX 75604

Gregg

**Inquiry Information**



1619203361
3/1/2012
3/9/2012

*12hrs*

**Eligibility Segments**

| Segment Dates | Medical Coverage | Recipient Type | Program | Benefit Plan | |
|---|---|---|---|---|---|
| EFF : 12/1/2011 TRM : 3/31/2012 ADD : 11/9/2011 | 44 MEDICAID EXPANSION FOR CHILDREN (FEDER | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

*March*
*5, 7, 9      90847*
*12, 14, 16, 23*
*19, 21, 28, 30   18716210 60*
*26*

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

| Segment Dates | Organization | Name | Phone | |
|---|---|---|---|---|
| EFF : 3/1/2012 TRM : 3/31/2012 ADD : 2/10/2012 | MCNA | | | |
| EFF : 3/1/2012 TRM : 3/31/2012 ADD : 2/10/2012 | MCNA | | | |

**Limits Segments**

| Segment Dates | Benefit Limit | Begin Limit | End Date | Medical | |
|---|---|---|---|---|---|
| | | 2/9/2009 | 2/9/2009 | 11/5/2002 | |

*#1000200302012 15339811731 /paid*

| 1500 | | **EXHIBIT 11** | | TX BCBS MEDICARE<br>CLAIMS<br>PO BOX<br>AUSTIN TX 78720-0735 |
|---|---|---|---|---|

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA                                                                                          PICA

| 1. MEDICARE (Medicare #) | MEDICAID ☒ (Medicaid #) | TRICARE CHAMPUS (Sponsor's SSN) | CHAMPVA (Member ID#) | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| | | | | | | | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE  Redacted   SEX M ☒ F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

CITY  MARSHALL   STATE TX

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY  MARSHALL   STATE TX

ZIP CODE  75672   TELEPHONE (Include Area Code) ( )

8. PATIENT STATUS
Single ☒  Married  Other
Employed  Full-Time Student  Part-Time Student ☒

ZIP CODE  75672   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  YES  NO

a. INSURED'S DATE OF BIRTH  Redacted  SEX M ☒ F

b. OTHER INSURED'S DATE OF BIRTH MM DD YY  SEX M F

b. AUTO ACCIDENT?  YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 03 10 | 09 03 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |
| 09 04 10 | 09 04 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |
| 09 05 10 | 09 05 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |
| 09 07 10 | 09 07 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |
| 09 09 10 | 09 09 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |
| 09 11 10 | 09 11 10 | 1 | 1 | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302<br>1427381987 |

25. FEDERAL TAX I.D. NUMBER  Redacted   SSN EIN ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  NO

28. TOTAL CHARGE  $ 678 60

29. AMOUNT PAID  $

30. BALANCE DUE  $ 678 60

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS I certify that the statements on the reverse apply to this bill and are made a part thereof.

SIGNED   DATE  10 20 2010

32. SERVICE FACILITY LOCATION INFORMATION
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
a. 1619203361   b.

33. BILLING PROVIDER INFO & PH #  ( 972 ) 2912929
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
a. 1619203361   b. 207547501

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**1500**

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08-05

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

PICA

| | | | | | | | PICA |
|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ *(Medicare #)*  MEDICAID ☒ *(Medicaid #)*  TRICARE CHAMPUS ☐ *(Sponsor's SSN)*  CHAMPVA ☐ *(Member ID#)*  GROUP HEALTH PLAN ☐ *(SSN or ID)*  FECA BLK LUNG ☐ *(SSN)*  OTHER ☐ *(ID)*

1a. INSURED'S I.D. NUMBER *(For Program in Item 1)*
Redacted

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE   MM DD YY   SEX   M ☒   F ☐
Redacted

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: MARSHALL   STATE: TX

8. PATIENT STATUS
Single ☒   Married ☐   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☒

CITY: MARSHALL   STATE: TX

ZIP CODE: 75672   TELEPHONE (Include Area Code): (   )

ZIP CODE: 75672   TELEPHONE (Include Area Code): (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   ☐ YES   ☐ NO

a. INSURED'S DATE OF BIRTH   MM DD YY   SEX   M ☒   F ☐

b. OTHER INSURED'S DATE OF BIRTH   MM DD YY   SEX   M ☐   F ☐

b. AUTO ACCIDENT?   ☐ YES   ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   ☐ YES   ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   ☐ YES   ☒ NO   If yes, return to and complete item 9 a-d.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT   MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE   MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   MM DD YY   TO   MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   MM DD YY   TO   MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   ☐ YES   ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION   CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 12 10 | 09 12 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |
| 09 14 10 | 09 14 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |
| 09 16 10 | 09 16 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |
| 09 18 10 | 09 18 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |
| 09 21 10 | 09 21 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |
| 09 21 10 | 09 21 10 | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 1427381987 |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
Redacted

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)   ☒ YES   ☐ NO

28. TOTAL CHARGE   $ 678 60

29. AMOUNT PAID   $

30. BALANCE DUE   $ 678 60

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   10 20 2010   DATE

32. SERVICE FACILITY LOCATION INFORMATION
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
a. 1619203361   b.

33. BILLING PROVIDER INFO & PH #   ( 972 )2912929
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
a. 1619203361   b. 207547501

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEXAS MEDICAID HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|

1. MEDICARE ☐ MEDICAID ☒ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
*Redacted*

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
*Redacted*

3. PATIENT'S BIRTH DATE    SEX
*Redacted*   M ☒  F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
*Redacted*

5. PATIENT'S ADDRESS (No., Street)
*Redacted*

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
*Redacted*

CITY: MARSHALL    STATE: TX

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐

CITY: MARSHALL    STATE: TX

ZIP CODE: 75672    TELEPHONE (Include Area Code)

Employed ☐  Full-Time Student ☐  Part-Time Student ☒

ZIP CODE: 75672    TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)  ☐ YES  ☐ NO

a. INSURED'S DATE OF BIRTH    SEX
*Redacted*   M ☒  F ☐

b. OTHER INSURED'S DATE OF BIRTH    SEX
☐ M  ☐ F

b. AUTO ACCIDENT?  ☐ YES  ☐ NO    PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?  ☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  ☐ YES  ☒ NO    If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE    DATE:

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM            TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM            TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☐ NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | | | | | | | | |
| 09 23 10 | | | 09 23 10 | | | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 / 1427431987 |
| 09 25 10 | | | 09 25 10 | | | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 / 1427431987 |
| 09 26 10 | | | 09 26 10 | | | 1 | | 90806 | | 1 | 113 10 | 2 | | NPI | 205568302 / 1427431987 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
*Redacted*

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  ☒ YES  ☐ NO

28. TOTAL CHARGE
$ 339 30

29. AMOUNT PAID
$

30. BALANCE DUE
$ 339 30

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED:         DATE: 10 20 2010

32. SERVICE FACILITY LOCATION INFORMATION
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
a. 1619203361    b.

33. BILLING PROVIDER INFO & PH # ( 972 ) 2912929
GREATER SOUTHWEST GROUP
625 JEALOUSE WAY #113
CEDAR HILL TX 75104
1619203361    207547501

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)





**EXHIBIT 12**

1500

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEXAS MEDICAID - HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in item 1) |
| ☐ (Medicare #) | ☒ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (Member ID#) | ☐ (SSN or ID) | ☐ (SSN) | ☐ (ID) | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE — Redacted   SEX M ☒ F ☐

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY SWEETWATER   STATE TX

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY SWEETWATER   STATE TX

ZIP CODE 79556   TELEPHONE (Include Area Code) ( )

ZIP CODE 79556   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) ☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH — Redacted   SEX M ☒ F ☐

b. OTHER INSURED'S DATE OF BIRTH MM DD YY   SEX M ☐ F ☐

b. AUTO ACCIDENT? ☐ YES ☐ NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? ☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: MM DD YY  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a. | 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | To MM DD YY | | | CPT/HCPCS | MODIFIER | | | | | | |
| 03 03 12 | 03 03 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 03 04 25 | 03 04 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 03 06 12 | 03 06 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 03 08 12 | 03 08 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 03 10 12 | 03 10 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 03 11 12 | 03 11 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
Redacted

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  ☒ YES ☐ NO

28. TOTAL CHARGE $ 960 00

29. AMOUNT PAID $

30. BALANCE DUE $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
06 05 2012
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b. 216914601

NUCC Instruction Manual available at www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

*Vertical text right margin:* CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID [X] / TRICARE / CHAMPVA / GROUP HEALTH PLAN / FECA / OTHER | 1a. INSURED'S I.D. NUMBER | *Redacted* |

2. PATIENT'S NAME: *Redacted*
3. PATIENT'S BIRTH DATE: *Redacted*  SEX: M [X]
4. INSURED'S NAME: *Redacted*
5. PATIENT'S ADDRESS: *Redacted*
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS: *Redacted*

CITY: SWEETWATER  STATE: TX
ZIP CODE: 79556
8. PATIENT STATUS: Single [X]
CITY: SWEETWATER  STATE: TX
ZIP CODE: 79556

11. INSURED'S DATE OF BIRTH: *Redacted*  SEX: M [X]

9d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / NO [X]

12. SIGNATURE ON FILE
13. SIGNATURE ON FILE

21. DIAGNOSIS: 309 28

| A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 13 12 / 03 13 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 03 15 12 / 03 15 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 03 17 12 / 03 17 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 03 18 12 / 03 18 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 03 20 12 / 03 20 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 03 22 12 / 03 22 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |

25. FEDERAL TAX I.D. NUMBER: *Redacted* [X] EIN
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 960 00
30. BALANCE DUE: $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER
06 05 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363  216914601

NUCC Instruction Manual available at www.nucc.org
APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE
CBSMS
PO BOX
AUSTIN TX 78720-0735

PICA

CARRIER

| 1. MEDICARE ☐ MEDICAID ☒ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐ | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| *Redacted* | *Redacted* |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
*Redacted*

3. PATIENT'S BIRTH DATE    SEX M ☐ F ☒
*Redacted*

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
*Redacted*

5. PATIENT'S ADDRESS (No., Street)
*Redacted*

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
*Redacted*

CITY
SWEETWATER          STATE TX

8. PATIENT STATUS
Single ☒   Married ☐   Other ☐

CITY
SWEETWATER          STATE TX

ZIP CODE
79556          TELEPHONE (Include Area Code)

Employed ☐   Full-Time Student ☐   Part-Time Student ☒

ZIP CODE
79556          TELEPHONE (Include Area Code)

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES   ☐ NO

a. INSURED'S DATE OF BIRTH    SEX M ☒ F ☐
*Redacted*

b. OTHER INSURED'S DATE OF BIRTH    SEX M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES   ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES   ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES   ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM          TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM          TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES   ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

PATIENT AND INSURED INFORMATION

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 03 27 12 | | | 03 27 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | | NPI | 1376864363 |
| 03 29 12 | | | 03 29 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | | NPI | 1376864363 |
| 03 31 12 | | | 03 31 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | | NPI | 1376864363 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

25. FEDERAL TAX I.D. NUMBER    SSN ☐ EIN ☒
*Redacted*

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES   ☐ NO

28. TOTAL CHARGE
$ 480 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 480 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED          DATE 06 05 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)



TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
TMHP   A STATE MEDICAID CONTRACTOR

Printed on: 3/13/2012 12:15:49 PM



### Patient Information

| | |
|---|---|
| Cause No/Trustee SSN | ████ |
| DOB | ████ |
| Gender | M |
| SSN | ████ |
| Name | ████ |
| Address | SWEETWATER, TX 79555 |
| Locator | Nolan |
| Medicare Nbr | |
| Base Plan | INDIV OUTS |



### Inquiry Information

| | |
|---|---|
| NPI/API | 1619203361 |
| Eligibility From | 3/1/2012 |
| Eligibility Through | 3/9/2012 |
| Medicaid / Client No | ████ |
| Social Security Number | |
| Date of Birth | ████ |
| Last Name | ████ |
| First Name | ████ |

30hr

### Eligibility Segments

| Segment Date | Medicaid / Client No | Coverage Type | Program | Benefit Plan | Service Area/RMA Locator Code |
|---|---|---|---|---|---|
| EFF : 9/1/2011<br>TRM : 3/31/2012<br>ADD : 7/26/2011 | 13 SSI, RECIPIENT | REGULAR | R | 100 – TRADITIONAL MEDICAID | |

### Medicare Segments
No Medicare Segments found

March
6, 8  3, 4  90847
13, 15  10, 11
20, 22  17, 18  18716510b0
27, 29 31

### Lock-In Segments
No Lock-In Segments found

### TPR Segments
No TPR Segments found

### TPL Segments
No TPL Segments found

### Managed Care Segments

| Segment Date | Plan Name | Name | Phone |
|---|---|---|---|
| EFF : 3/1/2012<br>TRM : 3/31/2012<br>ADD : 2/15/2012 | DENTAQUEST | ████ | ████ |
| EFF : 3/1/2012<br>TRM : 3/31/2012<br>ADD : 2/15/2012 | DENTAQUEST | ████ | ████ |

### Limits Segments

| Dental | Hearing Aid | Eye Exam | Eye Glass | Medical |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | |

# 1000200302012153400270b2 / paid

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

PICA

**EXHIBIT 13**

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted |

| | |
|---|---|
| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX |
| Redacted | Redacted    M [X]    F [] |

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

| | |
|---|---|
| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED |
| Redacted | Self [X]  Spouse []  Child []  Other [] |

7. INSURED'S ADDRESS (No., Street)
Redacted

| | |
|---|---|
| CITY    STATE | 8. PATIENT STATUS |
| TEMPLE    TX | Single [X]  Married []  Other [] |

CITY    STATE
TEMPLE    TX

| | |
|---|---|
| ZIP CODE    TELEPHONE (Include Area Code) | Employed []  Full-Time Student []  Part-Time Student [] |
| 76501    ( ) | |

ZIP CODE    TELEPHONE (Include Area Code)
76501-    ( )

| | |
|---|---|
| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: |

11. INSURED'S POLICY GROUP OR FECA NUMBER

| | |
|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous)  YES []  NO [] |

a. INSURED'S DATE OF BIRTH    SEX
MM DD YY
Redacted    M [X]  F []

| | |
|---|---|
| b. OTHER INSURED'S DATE OF BIRTH    SEX | b. AUTO ACCIDENT?    PLACE (State) |
| MM DD YY    M []  F [] | YES []  NO [] |

b. EMPLOYER'S NAME OR SCHOOL NAME

| | |
|---|---|
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  YES []  NO [] |

c. INSURANCE PLAN NAME OR PROGRAM NAME

| | |
|---|---|
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE |

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES []  [X] NO    If yes, return to and complete item 9 a-d

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| | | |
|---|---|---|
| 14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY  FROM    TO |

| | | |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY  FROM    TO |
| | 17b. NPI | |

| | | |
|---|---|---|
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?    $ CHARGES  YES []  NO [] |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28    3.

2.    4.

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Fam Plan | I. ID. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 03 05 12 | | 03 05 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 03 07 12 | | 03 07 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 03 09 12 | | 03 09 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 03 12 12 | | 03 12 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 03 14 12 | | 03 14 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |
| 03 16 12 | | 03 16 12 | | 1 | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | NPI | 1376864363 |

| | | | | |
|---|---|---|---|---|
| 25. FEDERAL TAX I.D. NUMBER    SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT?  [X] YES  [] NO | 28. TOTAL CHARGE  $ 960 00 | 29. AMOUNT PAID  $ |
| Redacted    [] [X] | | | | 30. BALANCE DUE  $ 960 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED    DATE 06 05 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363    b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363    b. 216914601

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

| | | | | | | |
|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID [X] | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER |

1a. INSURED'S I.D. NUMBER: Redacted

2. PATIENT'S NAME: Redacted

3. PATIENT'S BIRTH DATE: Redacted   SEX: M [X]

4. INSURED'S NAME: Redacted

5. PATIENT'S ADDRESS (No. Street): Redacted

CITY: TEMPLE   STATE: TX

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS (No. Street): Redacted

CITY: TEMPLE   STATE: TX

ZIP CODE: 76501-   TELEPHONE ( )

8. PATIENT STATUS: Single [X]   Employed, Part-Time Student [X]

ZIP CODE: 76501-   TELEPHONE ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous): YES / NO

a. INSURED'S DATE OF BIRTH: Redacted   SEX: M [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX

b. AUTO ACCIDENT? YES / NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT? YES / NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES / NO [X]

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES / NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

309 28

3

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 19 12 | 03 19 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 21 12 | 03 21 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 23 12 | 03 23 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 26 12 | 03 26 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 28 12 | 03 28 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 03 30 12 | 03 30 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |

25. FEDERAL TAX I.D. NUMBER   Redacted   SSN   EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? YES [X]   NO

28. TOTAL CHARGE   $ 960 00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS   06 05 2012   SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH #  ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

*E 1115*



TMHP  TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 3/13/2012 12:36:29 PM

Patient Information

Inquiry Information

NPI/API: 1619203361
Eligibility From: 3/1/2012
Eligibility Through: 3/9/2012

TEMPLE, TX 76501
County: Bell

**Eligibility Segments**

EFF : 10/1/2011    01 TANF, CASH GRANT    REGULAR    R    100 - TRADITIONAL MEDICAID
TRM : 3/31/2012
ADD : 8/23/2011

*12 hrs*

**Medicare Segments**
No Medicare Segments found

*March  90847*
*5, 7, 9  # 1871621060*
*12, 14, 16*
*19, 21, 23*
*26, 28, 30*
*26,*

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**

EFF : 3/1/2012    MCNA
TRM : 3/31/2012
ADD : 2/10/2012
EFF : 3/1/2012    MCNA
TRM : 3/31/2012
ADD : 2/10/2012

**Limits Segments**

3/7/2011                                         9/14/2011

*# 1000200302012153398027 81  / Paid*





**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

| | |
|---|---|
| 1. MEDICARE ☐ MEDICAID ☒ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER ☐ | 1a. INSURED'S I.D. NUMBER: Redacted |
| 2. PATIENT'S NAME: Redacted | 3. PATIENT'S BIRTH DATE: Redacted  SEX M☒ F☐ | 4. INSURED'S NAME: Redacted |
| 5. PATIENT'S ADDRESS: Redacted | 6. PATIENT RELATIONSHIP TO INSURED: Self☒ Spouse☐ Child☐ Other☐ | 7. INSURED'S ADDRESS: Redacted |
| CITY: BROWNWOOD   STATE: TX | 8. PATIENT STATUS: Single☒ Married☐ Other☐ | CITY: BROWNWOOD   STATE: TX |
| ZIP CODE: 76801  TELEPHONE ( ) | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE: 76801  TELEPHONE ( ) |

| | |
|---|---|
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☐ NO☐ | a. INSURED'S DATE OF BIRTH: Redacted  SEX M☒ F☐ |
| b. OTHER INSURED'S DATE OF BIRTH  SEX M☐ F☐ | b. AUTO ACCIDENT? YES☐ NO☐ PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒ If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE   SIGNED: SIGNATURE ON FILE

| | |
|---|---|
| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM   TO |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   17a.   17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM   TO |
| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? YES☐ NO☐   $ CHARGES |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  1. 309 28   3. | 22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO. |
| | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 05 01 12 / 05 01 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060  NPI 1376864363 |
| 05 03 12 / 05 03 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 05 05 12 / 05 05 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 05 06 12 / 05 06 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 05 08 12 / 05 08 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |
| 05 10 12 / 05 10 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060  1376864363 |

| | |
|---|---|
| 25. FEDERAL TAX I.D. NUMBER: Redacted   SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? YES☒ NO☐ | 28. TOTAL CHARGE $ 960 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 960 00 |
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS   06 25 2012 | 32. SERVICE FACILITY LOCATION INFORMATION  ELLIS COUNTY COMMUNITY  625 JEALOUSE WAY # 116  CEDAR HILL TX 75104  a. 1376864363 | 33. BILLING PROVIDER INFO & PH # ( )  ELLIS COUNTY COMMUNITY SERVICES,INC  625 JEALOUSE WAY # 116  CEDAR HILL TX 75104  a. 1376864363   b. 216914601 |

NUCC Instruction Manual available at: www.nucc.org

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

| | | | | | | |
|---|---|---|---|---|---|---|
| PICA | | | | | | PICA |

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a INSURED'S ID NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted | |

| 2 PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3 PATIENT'S BIRTH DATE | SEX | 4 INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Redacted | Redacted   M [ ] F [ ] | | Redacted |

| 5 PATIENT'S ADDRESS (No., Street) | 6 PATIENT RELATIONSHIP TO INSURED | 7 INSURED'S ADDRESS (No., Street) |
|---|---|---|
| Redacted | Self [X] Spouse [ ] Child [ ] Other [ ] | Redacted |

| CITY | STATE | 8 PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BROWNWOOD | TX | Single [X] Married [ ] Other [ ] | BROWNWOOD | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 76801 | ( ) | Employed [ ] Full-Time Student [X] Part-Time Student [ ] | 76801 | ( ) |

| 9 OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10 IS PATIENT'S CONDITION RELATED TO | 11 INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a OTHER INSURED'S POLICY OR GROUP NUMBER | a EMPLOYMENT? (Current or Previous) | a INSURED'S DATE OF BIRTH  MM DD YY | SEX |
|---|---|---|---|
| | YES [ ] NO [ ] | Redacted | M [X] F [ ] |

| b OTHER INSURED'S DATE OF BIRTH  MM DD YY | SEX | b AUTO ACCIDENT? | PLACE (State) | b EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|---|---|
| | M [ ] F [ ] | YES [ ] NO [ ] | | |

| c EMPLOYER'S NAME OR SCHOOL NAME | c OTHER ACCIDENT? | c INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES [ ] NO [ ] | |

| d INSURANCE PLAN NAME OR PROGRAM NAME | 10d RESERVED FOR LOCAL USE | d IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | YES [ ] NO [X]   If yes, return to and complete item 9 a-d |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12 PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13 INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

| 14 DATE OF CURRENT  MM DD YY | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15 IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY | 16 DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY |
|---|---|---|---|

| 17 NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a | 18 HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| | 17b NPI | FROM MM DD YY   TO MM DD YY |

| 19 RESERVED FOR LOCAL USE | 20 OUTSIDE LAB? | $ CHARGES |
|---|---|---|
| | YES [ ] NO [ ] | |

| 21 DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 22 MEDICAID RESUBMISSION CODE   ORIGINAL REF NO |
|---|---|
| 1. 309 28   3. | |
| | 23 PRIOR AUTHORIZATION NUMBER |

| 24. A DATE(S) OF SERVICE  From MM DD YY   To MM DD YY | B PLACE OF SERVICE | C EMG | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances)  CPT/HCPCS   MODIFIER | E DIAGNOSIS POINTER | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I ID QUAL | J RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 05 12 12   05 12 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |
| 05 13 12   05 13 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |
| 05 15 12   05 15 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |
| 05 17 12   05 17 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |
| 05 19 12   05 19 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |
| 05 20 12   05 20 12 | 1 | | 90847 | 1 | 160 00 | 2 | | | 1871621060   NPI 1376864363 |

| 25 FEDERAL TAX I.D. NUMBER | SSN EIN | 26 PATIENT'S ACCOUNT NO | 27 ACCEPT ASSIGNMENT? | 28 TOTAL CHARGE | 29 AMOUNT PAID | 30 BALANCE DUE |
|---|---|---|---|---|---|---|
| Redacted | [ ] | | [X] YES [ ] NO | $ 960 00 | $ | $ 960 00 |

| 31 SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SIGNED   06 25 2012   DATE | 32 SERVICE FACILITY LOCATION INFORMATION   ELLIS COUNTY COMMUNITY   625 JEALOUSE WAY # 116   CEDAR HILL TX 75104   a 1376864363 | 33 BILLING PROVIDER INFO & PH # ( )   ELLIS COUNTY COMMUNITY SERVICES, INC   625 JEALOUSE WAY # 116   CEDAR HILL TX 75104   a 1376864363   b 216914601 |
|---|---|---|

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

1. MEDICARE [ ] MEDICAID [X] TRICARE CHAMPUS [ ] CHAMPVA [ ] GROUP HEALTH PLAN [ ] FECA BLK LUNG [ ] OTHER [ ]

1a. INSURED'S I.D. NUMBER: Redacted

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Redacted

3. PATIENT'S BIRTH DATE: Redacted SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Redacted

5. PATIENT'S ADDRESS (No., Street): Redacted
CITY: BROWNWOOD STATE: TX
ZIP CODE: 76801 TELEPHONE (Include Area Code): ( )

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): Redacted
CITY: BROWNWOOD STATE: TX
ZIP CODE: 76801 TELEPHONE (Include Area Code): ( )

8. PATIENT STATUS: Single [X] Married [ ] Other [ ]
Employed [ ] Full-Time Student [X] Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. OTHER INSURED'S DATE OF BIRTH MM DD YY SEX M [ ] F [ ]
c. EMPLOYER'S NAME OR SCHOOL NAME
d. INSURANCE PLAN NAME OR PROGRAM NAME

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous) [ ] YES [ ] NO
b. AUTO ACCIDENT? [ ] YES [ ] NO PLACE (State)
c. OTHER ACCIDENT? [ ] YES [ ] NO
10d. RESERVED FOR LOCAL USE

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH MM DD YY: Redacted SEX M [X] F [ ]
b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE 17a. 17b. NPI
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? [ ] YES [ ] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 22 12 | 05 22 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 05 26 12 | 05 26 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 05 27 12 | 05 27 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

PATIENT AND INSURED INFORMATION

25. FEDERAL TAX I.D. NUMBER: Redacted SSN [ ] EIN [X]
26. PATIENT'S ACCOUNT NO.
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO
28. TOTAL CHARGE $ 480 00
29. AMOUNT PAID $
30. BALANCE DUE $ 480 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED 06 25 2012 DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363 b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363 b. 216914601

TMHP Texas...
A STATE MEDICAID CONTRACTOR

Printed on: 6/17/2012 4:23:36 PM

### Patient Information

| | |
|---|---|
| Case No./Trans SSN | |
| DOB | |
| Gender | M |
| SSN | |
| Name | |
| Address | BROWNWOOD, TX 7630 |
| County | Brown |
| Medicare No. | |
| Race Name | |

### Inquiry Information

| | |
|---|---|
| NPI/API | 1619203361 |
| Eligibility From | 5/1/2012 |
| Eligibility Through | 5/31/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | |
| First Name | |
| Case Name | |



### Eligibility Segments

| Segment Dates | Medicaid Coverage | Program Type | Program | Benefit Plan | Spend down Indicator |
|---|---|---|---|---|---|
| EFF : 12/1/2011 TRM : 6/30/2012 ADD : 12/7/2011 | 21 ADOPTION SUBSIDY PROGRAM | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

### Medicare Segments
No Medicare Segments found

### Lock-In Segments
No Lock-In Segments found

### TPR Segments

| Segment Dates | Name | Address | Phone | Additional Information |
|---|---|---|---|---|
| EFF : 1/25/2012 TRM : 12/31/3999 | | | | Insurance Company: Insured's ID No. / SSN: Relation Employer: Group Coverage Code |

### TPL Segments
No TPL Segments found

### Managed Care Segments

| Segment Dates | Organization | Name | Phone |
|---|---|---|---|
| EFF : 3/1/2012 TRM : 6/30/2012 ADD : 2/10/2012 | MCNA | | |
| EFF : 3/1/2012 TRM : 6/30/2012 ADD : 2/10/2012 | MCNA | | |

### Limits Segments

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| 11/17/2009 | | | | 11/5/2008 |

1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

**EXHIBIT 15**

TEXAS MEDICAID... THMP CARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| | | | | | | |
|---|---|---|---|---|---|---|

1. MEDICARE / MED CAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER
   - [X] Medicaid #
   
1a. INSURED'S I.D. NUMBER: *Redacted*

2. PATIENT'S NAME: *Redacted*

3. PATIENT'S BIRTH DATE / SEX: *Redacted* [F]

4. INSURED'S NAME: *Redacted*

5. PATIENT'S ADDRESS: *Redacted*

CITY: ABILENE   STATE: TX

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS: *Redacted*

CITY: ABILENE   STATE: TX

ZIP CODE: 79605   TELEPHONE: ( )

8. PATIENT STATUS: Single [X], Full-Time Student [X]

ZIP CODE: 79605   TELEPHONE: ( )

9. OTHER INSURED'S NAME:

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? [NO]
11a. INSURED'S DATE OF BIRTH: *Redacted*

b. AUTO ACCIDENT? [NO]

c. OTHER ACCIDENT? [NO]

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] NO

**SIGNATURE ON FILE** (12 and 13)

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 309 28

| | A. DATE(S) OF SERVICE | | B. PLACE | C. EMG | D. PROCEDURES (CPT/HCPCS) | MODIFIER | E. DIAG POINTER | F. $ CHARGES | G. DAYS | | RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 01 12 | 05 01 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |
| 2 | 05 03 12 | 05 03 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |
| 3 | 05 05 12 | 05 05 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |
| 4 | 05 06 12 | 05 06 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |
| 5 | 05 08 12 | 05 08 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |
| 6 | 05 10 12 | 05 10 12 | 1 | | 90847 | | 1 | 160 00 | 2 | NPI | 1871621060 / 1376864363 |

25. FEDERAL TAX I.D. NUMBER: *Redacted* [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? [X] YES

28. TOTAL CHARGE: $ 960 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: 06 25 2012

32. SERVICE FACILITY LOCATION:
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363

33. BILLING PROVIDER:
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363   216914601

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEXAS MEDICAID FOR CARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA     PICA

| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER | 1a. INSURED'S ID NUMBER (For Program in Item 1) |
|---|---|
| Medicaid [X] | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE — SEX
Redacted — F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [ ] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: ABILENE   STATE: TX

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [X]

CITY: ABILENE   STATE: TX

ZIP CODE: 79605   TELEPHONE (Include Area Code) ( )

ZIP CODE: 79605   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES  [ ] NO

a. INSURED'S DATE OF BIRTH — SEX
Redacted — F [X]

b. OTHER INSURED'S DATE OF BIRTH — SEX

b. AUTO ACCIDENT?
[ ] YES  [ ] NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES  [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES  [X] NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE
SIGNED   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ] YES  [ ] NO  $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 12 12  05 12 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 2 | 05 13 12  05 13 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 3 | 05 15 12  05 15 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 4 | 05 17 12  05 17 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 5 | 05 19 12  05 19 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 6 | 05 20 12  05 20 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
Redacted [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
[X] YES  [ ] NO

28. TOTAL CHARGE  $ 960 00

29. AMOUNT PAID  $

30. BALANCE DUE  $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
Redacted
06 25 2012
SIGNED   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

1500

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

PICA

| MEDICARE | MEDICAID [X] | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: Redacted

2. PATIENT'S NAME: Redacted

3. PATIENT'S BIRTH DATE / SEX: Redacted

4. INSURED'S NAME: Redacted

5. PATIENT'S ADDRESS: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS: Redacted

CITY: ABILENE    STATE: TX

8. PATIENT STATUS: Single [X]

CITY: ABILENE    STATE: TX

ZIP CODE: 79605    TELEPHONE: ( )

Employed  Full-Time Student  Part-Time Student [X]

ZIP CODE: 79605    TELEPHONE: ( )

9. OTHER INSURED'S NAME:

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (Current or Previous)  YES / NO

a. INSURED'S DATE OF BIRTH / SEX: Redacted

b. OTHER INSURED'S DATE OF BIRTH / SEX:

b. AUTO ACCIDENT?  YES / NO  PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT?  YES / NO

c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?  YES / NO [X]

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: **SIGNATURE ON FILE**    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: **SIGNATURE ON FILE**

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE:

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:  FROM / TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE:    17a. / 17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES:  FROM / TO

19. RESERVED FOR LOCAL USE:

20. OUTSIDE LAB?  YES / NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:    309 28

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From / To | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 22 12 / 05 22 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 2 | 05 26 12 / 05 26 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 3 | 05 27 12 / 05 27 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: Redacted  SSN EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?  YES [X] / NO

28. TOTAL CHARGE: $ 480 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 480 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
SIGNED: 06 25 2012    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b. 216914601

TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
TMHP  A STATE MEDICAID CONTRACTOR

Printed on: 6/17/2012 5:11:59 PM

**Patient Information**




ABILENE, TX 79605
**County**    Taylor

**Inquiry Information**




| NPI/APL | 1619203361 |
| Eligibility From | 3/1/2012 |
| Eligibility Through | 3/31/2012 |

30

**Eligibility Segments**

| Segment Dates | Medicaid Coverage | Program Type | Program | Benefit Plan | Spend-down Indicator |
|---|---|---|---|---|---|
| EFF : 3/1/2012 TRM : 6/30/2012 ADD : 4/2/2012 | 48 RIBICOFF CHILDREN UNDER AGE 4 WITH INC | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

**Medicare Segments**

No Medicare Segments found

**Lock-In Segments**

No Lock-In Segments found

**TPR Segments**

No TPR Segments found

**TPL Segments**

No TPL Segments found

**Managed Care Segments**

No Managed Care Segments found

**Limits Segments**

| Dental | Hearing Aid | Eye Exam | Eye Glasses | Medical |
|---|---|---|---|---|
| 1/15/2011 | | | | 3/4/2010 |

# 1000200302012117345935303 /paid

**EXHIBIT 16**

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

PICA

TX MEDICAL & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| 1. MED CARE: Medicare #☐  MEDICAID Medicaid #☒  TRICARE CHAMPUS (Sponsor's SSN)☐  CHAMPVA (Member ID#)☐  GROUP HEALTH PLAN (SSN or ID)☐  FECA BLK LUNG (SSN)☐  OTHER (ID)☐ | 1a. INSURED'S ID NUMBER (For Program in Item 1)  Redacted |
|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)  Redacted | 3. PATIENT'S BIRTH DATE  Redacted   SEX M☒ F☐ | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)  Redacted |
|---|---|---|

| 5. PATIENT'S ADDRESS (No., Street)  Redacted | 6. PATIENT RELATIONSHIP TO INSURED  Self☒ Spouse☐ Child☐ Other☐ | 7. INSURED'S ADDRESS (No., Street)  Redacted |
|---|---|---|

| CITY  KEMAH  STATE TX | 8. PATIENT STATUS  Single☒  Married☐  Other☐ | CITY  KEMAH  STATE TX |
|---|---|---|

| ZIP CODE  77565   TELEPHONE (Include Area Code) ( ) | Employed☐ Full-Time Student☐ Part-Time Student☐ | ZIP CODE  77565   TELEPHONE (Include Area Code) ( ) |
|---|---|---|

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) YES☐ NO☐ | a. INSURED'S DATE OF BIRTH  Redacted   SEX M☒ F☐ |
| b. OTHER INSURED'S DATE OF BIRTH  MM DD YY   SEX M☐ F☐ | b. AUTO ACCIDENT? YES☐ NO☐  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? YES☐ NO☐ | c. INSURANCE PLAN NAME OR PROGRAM NAME |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES☐ NO☒  If yes, return to and complete item 9 and ... |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED _____ DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE

SIGNED _____

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)  MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM MM DD YY   TO MM DD YY |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. ___ 17b. NPI ___ | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM MM DD YY   TO MM DD YY |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES☐ NO☐   $ CHARGES |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)  1. 309 28   3. | 22. MEDICAID RESUBMISSION CODE ___ ORIGINAL REF. NO. |
|---|---|
| 2. ___ 4. | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 29 12 | 05 29 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | | 1871621060  NPI 1376864363 |
| 2 | 05 31 12 | 05 31 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | | 1871621060  NPI 1376864363 |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  Redacted   SSN☐ EIN☒ | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? YES☒ NO☐ | 28. TOTAL CHARGE  $ 320 00 | 29. AMOUNT PAID  $ | 30. BALANCE DUE  $ 320 00 |
|---|---|---|---|---|---|

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)  SIGNED _____ DATE 06 25 2012 | 32. SERVICE FACILITY LOCATION INFORMATION  ELLIS COUNTY COMMUNITY 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104  a. 1376864363  b. | 33. BILLING PROVIDER INFO & PH # ( )  ELLIS COUNTY COMMUNITY SERVICES, INC 625 JEALOUSE WAY # 116 CEDAR HILL TX 75104  a. 1376864363  b. 216914601 |
|---|---|---|

NUCC Instruction Manual available at www.nucc.org



Printed on: 6/17/2012 5:46:15 PM

## Patient Information



| | |
|---|---|
| | M |
| | KEMAH, TX 7756 |
| | Galveston |
| Medicare No. | |
| | INDIV OUTS |

## Inquiry Information



| | |
|---|---|
| NPI/API | 1619203351 |
| Eligibility From | 5/8/2012 |
| Eligibility Through | 5/31/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | |
| Last Name | |
| First Name | |

4

## Eligibility Segments

| | | Authority Type | Program | Benefit Plan | Spend down incurred |
|---|---|---|---|---|---|
| EFF : 1/1/2011<br>TRM : 6/30/2012<br>ADD : 11/20/2010 | 13 SSI, RECIPIENT | REGULAR | R | 100 - TRADITIONAL MEDICAID | |

## Medicare Segments
No Medicare Segments found

Mat    90847
29, 31   187162060

## Lock-In Segments
No Lock-In Segments found

## TPR Segments
No TPR Segments found

## TPL Segments
No TPL Segments found

## Managed Care Segments

| Segment Dates | Organization | Name | Phone |
|---|---|---|---|
| EFF : 3/1/2012<br>TRM : 6/30/2012<br>ADD : 1/25/2012 | DELTA DENTAL | | |
| EFF : 3/1/2012<br>TRM : 6/30/2012<br>ADD : 1/25/2012 | DELTA DENTAL | | |

## Limits Segments

| | Begin Ytd | Std Exams | Eye Glasses | Medical |
|---|---|---|---|---|
| 7/24/2009 | | | | 11/9/2011 |

# 1 00020030201211734593 3458 / Paid



**EXHIBIT 17**

# HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TEX MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

| Field | Value |
|---|---|
| 1. | MEDICARE / MEDICAID [X] / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER |
| 1a. INSURED'S I.D. NUMBER | Redacted |
| 2. PATIENT'S NAME | Redacted |
| 3. PATIENT'S BIRTH DATE | Redacted  SEX M [X] F |
| 4. INSURED'S NAME | Redacted |
| 5. PATIENT'S ADDRESS | Redacted |
| 6. PATIENT RELATIONSHIP TO INSURED | Self [X] Spouse Child Other |
| 7. INSURED'S ADDRESS | Redacted |
| CITY | BAYTOWN   STATE TX |
| 8. PATIENT STATUS | Single [X] Married Other — Employed Full-Time Student Part-Time Student |
| CITY | BAYTOWN   STATE TX |
| ZIP CODE | 77523 |
| TELEPHONE | ( ) |
| ZIP CODE | 77523 |
| TELEPHONE | ( ) |
| 9. OTHER INSURED'S NAME | |
| 10. IS PATIENT'S CONDITION RELATED TO: | |
| 11. INSURED'S POLICY GROUP OR FECA NUMBER | |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | |
| a. EMPLOYMENT? (Current or Previous) YES NO | |
| a. INSURED'S DATE OF BIRTH | Redacted  SEX M [X] F |
| b. OTHER INSURED'S DATE OF BIRTH | SEX M F |
| b. AUTO ACCIDENT? YES NO  PLACE (State) | |
| b. EMPLOYER'S NAME OR SCHOOL NAME | |
| c. EMPLOYER'S NAME OR SCHOOL NAME | |
| c. OTHER ACCIDENT? YES NO | |
| c. INSURANCE PLAN NAME OR PROGRAM NAME | |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | |
| 10d. RESERVED FOR LOCAL USE | |
| d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES NO [X] | |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE    **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE    **SIGNATURE ON FILE**

| 14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM — TO |
|---|---|---|
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. / 17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM — TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? YES NO  $ CHARGES |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate items 1, 2, 3 or 4 to item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF NO

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS  MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 04 02 12  04 02 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 04 12  04 04 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 06 12  04 06 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 09 12  04 09 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 11 12  04 11 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 13 12  04 13 12 | 1 | | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN [X] | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? YES [X] NO | 28. TOTAL CHARGE $ 960 00 | 29. AMOUNT PAID $ | 30. BALANCE DUE $ 960 00 |
|---|---|---|---|---|---|---|
| Redacted | | | | | | |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
07 10 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

TX MEDICAID & HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Redacted

**3. PATIENT'S BIRTH DATE**   **SEX**
Redacted   M [X]   F [ ]

**4. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Redacted

**5. PATIENT'S ADDRESS** (No., Street)
Redacted

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X]   Spouse [ ]   Child [ ]   Other [ ]

**7. INSURED'S ADDRESS** (No., Street)
Redacted

CITY
BAYTOWN

STATE
TX

**8. PATIENT STATUS**
Single [X]   Married [ ]   Other [ ]

CITY
BAYTOWN

STATE
TX

ZIP CODE
77523-

TELEPHONE (Include Area Code)

Employed [ ]   Full-Time Student [ ]   Part-Time Student [ ]

ZIP CODE
77523

TELEPHONE (Include Area Code)

**9. OTHER INSURED'S NAME** (Last Name, First Name, Middle Initial)

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

a. EMPLOYMENT? (Current or Previous)
[ ] YES   [ ] NO

**a. INSURED'S DATE OF BIRTH**
Redacted   M [X]   F [ ]

**b. OTHER INSURED'S DATE OF BIRTH**   SEX
MM DD YY   M [ ]   F [ ]

b. AUTO ACCIDENT?
[ ] YES   [ ] NO   PLACE (State)

**b. EMPLOYER'S NAME OR SCHOOL NAME**

**c. EMPLOYER'S NAME OR SCHOOL NAME**

c. OTHER ACCIDENT?
[ ] YES   [ ] NO

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. RESERVED FOR LOCAL USE**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?**
[ ] YES   [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

**14. DATE OF CURRENT:** ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.** GIVE FIRST DATE   MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**

17a.
17b. NPI

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**
[ ] YES   [ ] NO   $ CHARGES

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY** (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From / To | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 16 12 | 04 16 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |
| 04 18 12 | 04 18 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |
| 04 20 12 | 04 20 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |
| 04 23 12 | 04 23 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |
| 04 25 12 | 04 25 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |
| 04 27 12 | 04 27 12 | 1 | | | | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | | | | NPI | 1376864363 |

**25. FEDERAL TAX I.D. NUMBER**   SSN EIN
Redacted   [X]

**26. PATIENT'S ACCOUNT NO.**

**27. ACCEPT ASSIGNMENT?**
[X] YES   [ ] NO

**28. TOTAL CHARGE**
$ 960 00

**29. AMOUNT PAID**
$

**30. BALANCE DUE**
$ 960 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   07 10 2012   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363

**33. BILLING PROVIDER INFO & PH #** ( )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363   216914601

NUCC Instruction Manual available at: www.nucc.org

HEALTH INSURANCE CLAIM FORM

TEXAS MEDICAID HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA | | PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | [X] (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE | SEX
Redacted   M [X]  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [X]   Spouse [ ]   Child [ ]   Other [ ]

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: BAYTOWN        STATE: TX

8. PATIENT STATUS
Single [X]   Married [ ]   Other [ ]
Employed [ ]   Full-Time Student [ ]   Part-Time Student [X]

CITY: BAYTOWN        STATE: TX

ZIP CODE: 77523    TELEPHONE (Include Area Code): ( )

ZIP CODE: 77523    TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
[ ] YES   [ ] NO

a. INSURED'S DATE OF BIRTH
Redacted    M [X]  F

b. OTHER INSURED'S DATE OF BIRTH | SEX
MM DD YY    M [ ]  F [ ]

b. AUTO ACCIDENT?
[ ] YES   [ ] NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
[ ] YES   [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
[ ] YES   [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE    DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT:   MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS.  GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY   TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY   TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
[ ] YES   [ ] NO    $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATES OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM DD YY | | | To MM DD YY | | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 04 26 12 | | | 04 26 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 04 30 12 | | | 04 30 12 | | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER    SSN EIN
Redacted    [ ] [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
[X] YES   [ ] NO

28. TOTAL CHARGE
$ 320 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 320 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)

07 10 2012
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

a. 1376864363    b.

33. BILLING PROVIDER INFO & PH #  ( )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

a. 1376864363    b. 216914601

NUCC Instruction Manual available at: www.nucc.org



TMHP   TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 6/24/2012 1:19:42 PM

**Patient Information**



M

BAYTOWN, TX 7752

Chambers

**Inquiry Information**



| | 1519203351 |
| Eligibility From | 4/1/2012 |
| Eligibility Through | 4/30/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Patient Birth | |
| Last Name | |
| First Name | |

30

**Eligibility Segments**

| | | Program Type | | | |
|---|---|---|---|---|---|
| EFF : 3/1/2012 | 48 RIBICOFF CHILDREN | REGULAR | | | |
| TRM : 6/30/2012 | UNDER AGE 4 WITH INC | | R | 100 - TRADITIONAL MEDICAID | |
| ADD : 4/5/2012 | | | | | |

**Medicare Segments**
No Medicare Segments found

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**
No Managed Care Segments found

April
2,4,6    90847
9,11,13
16,18,20
23,25,27
30,26    18716,21060

**Limits Segments**

| | | | |
|---|---|---|---|
| | | 11/4/2011 | |

#-10002003020121814779888 / paid

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05
PICA



TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| (Medicare #) | X (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE   SEX
Redacted   M ☐ F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒ Spouse ☐ Child ☐ Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY FREDERICKSBURG   STATE TX

8. PATIENT STATUS
Single ☒ Married ☐ Other ☐

CITY FREDERICKSBURG   STATE TX

ZIP CODE 78624   TELEPHONE (Include Area Code) ( )

Employed ☐ Full-Time Student ☐ Part-Time Student ☐

ZIP CODE 78624   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES ☐ NO

a. INSURED'S DATE OF BIRTH
Redacted   M ☐ F ☒

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY   M ☐ F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED **SIGNATURE ON FILE**   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES ☐ NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03 02 12 | 03 02 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |
| 03 05 12 | 03 05 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |
| 03 07 12 | 03 07 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |
| 03 09 12 | 03 09 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |
| 03 12 12 | 03 12 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |
| 03 14 12 | 03 14 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 |
| | | | | | | | | | | NPI | 1376864363 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
Redacted   ☐

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES ☐ NO

28. TOTAL CHARGE
$ 960 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNED   DATE 06 04 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE CLAIMS
PO BOX
AUSTIN TX 78720-0735

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER |
|---|---|---|---|---|---|---|---|

1a. INSURED'S I.D. NUMBER: Redacted (For Program in Item 1)

2. PATIENT'S NAME: Redacted

3. PATIENT'S BIRTH DATE: Redacted  SEX: F [X]

4. INSURED'S NAME: Redacted

5. PATIENT'S ADDRESS: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]

7. INSURED'S ADDRESS: Redacted

CITY: FREDERICKSBURG  STATE: TX

8. PATIENT STATUS: Single [X]

CITY: FREDERICKSBURG  STATE: TX

ZIP CODE: 78624

ZIP CODE: 78624

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. EMPLOYMENT? [ ] YES [ ] NO

a. INSURED'S DATE OF BIRTH: Redacted  SEX: F [X]

b. AUTO ACCIDENT? [ ] YES [ ] NO  PLACE (State)

c. OTHER ACCIDENT? [ ] YES [ ] NO

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE:  SIGNATURE ON FILE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE:  SIGNATURE ON FILE

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:  1. 309 28

| | A. DATE(S) OF SERVICE From | To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. | I. | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 16 12 | 03 16 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |
| 2 | 03 19 12 | 03 19 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |
| 3 | 03 21 12 | 03 21 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |
| 4 | 03 23 12 | 03 23 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |
| 5 | 03 26 12 | 03 26 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |
| 6 | 03 28 12 | 03 28 12 | 1 | | 90847 | | 1 | 160 00 | 2 | | | 1871621060 / 1376864363 |

25. FEDERAL TAX I.D. NUMBER: Redacted [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT? [X] YES

28. TOTAL CHARGE: $ 960 00

29. AMOUNT PAID

30. BALANCE DUE: $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER:  06 04 2012

32. SERVICE FACILITY LOCATION INFORMATION:
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363

33. BILLING PROVIDER INFO & PH #:
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
1376864363  216914601

NUCC Instruction Manual available at www.nucc.org

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08 05

PICA

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | (ID) | | |

1a. INSURED'S I.D. NUMBER: Redacted

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Redacted

3. PATIENT'S BIRTH DATE: Redacted   SEX: F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Redacted

5. PATIENT'S ADDRESS (No., Street): Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street): Redacted

CITY: FREDERICKSBURG   STATE: TX

8. PATIENT STATUS: Single [X]  Married  Other

CITY: FREDERICKSBURG   STATE: TX

ZIP CODE: 78624   TELEPHONE (Include Area Code): (   )

Employed   Full-Time Student [X]   Part-Time Student

ZIP CODE: 78624   TELEPHONE (Include Area Code): (   )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial):

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER:

a. OTHER INSURED'S POLICY OR GROUP NUMBER:

a. EMPLOYMENT? (Current or Previous)   YES  NO

a. INSURED'S DATE OF BIRTH: Redacted   SEX: M  F [X]

b. OTHER INSURED'S DATE OF BIRTH: MM DD YY   SEX: M  F

b. AUTO ACCIDENT?   YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:

c. OTHER ACCIDENT?   YES  NO

c. INSURANCE PLAN NAME OR PROGRAM NAME:

d. INSURANCE PLAN NAME OR PROGRAM NAME:

10d. RESERVED FOR LOCAL USE:

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?   YES  [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED: SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: MM DD YY   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM: MM DD YY   TO: MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM: MM DD YY   TO: MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 30 12 | 03 30 12 | 1 | 90847 | | 1 | 160 00 | 2 | | | 1871621060 NPI 1376864363 |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: Redacted   SSN  EIN [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?   [X] YES  NO

28. TOTAL CHARGE: $ 160 00

29. AMOUNT PAID: $

30. BALANCE DUE: $ 160 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED:    DATE: 06 04 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

a. 1376864363   b.

33. BILLING PROVIDER INFO & PH #: (   )
ELLIS COUNTY COMMUNITY SERVICES,INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104

a. 1376864363   b. 216914601

NUCC Instruction Manual available at: www.nucc.org

*Ellis*



TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
A STATE MEDICAID CONTRACTOR

Printed on: 3/12/2012 3:43:25 PM

### Patient Information

| Inquiry Information | |
|---|---|
| NPI/API | 1376864363 |
| Eligibility From | 3/1/2012 |
| Eligibility Through | 3/9/2012 |
| Medicaid / Client No. | |
| Social Security Number | |
| Date of Birth | |
| Last Name | |
| First Name | |

Gender: F
Address: FREDERICKSBURG, TX 78524
County: Gillespie
Type: INDIV OUTS

### Eligibility Segments

30

| | | | | |
|---|---|---|---|---|
| EFF : 9/1/2011 | 13 SSI, RECIPIENT | REGULAR | R | 100 - TRADITIONAL MEDICAID |
| TRM : 3/31/2012 | | | | |
| ADD : 8/22/2011 | | | | |

### Medicare Segments
No Medicare Segments found



### Lock-In Segments
No Lock-In Segments found

### TPR Segments

| | | | | Additional Information |
|---|---|---|---|---|
| EFF : 9/1/2010 | | | | Insurance Company: |
| TRM : 12/31/3999 | | | | Insured's ID No. / SSN: |
| | | | | Relation: |
| | | | | Employer: |
| | | | | Group: |
| | | | | Coverage Code: |

### TPL Segments
No TPL Segments found

### Managed Care Segments

| | | | |
|---|---|---|---|
| EFF : 3/1/2012 | DENTAQUEST | | |
| TRM : 3/31/2012 | | | |
| ADD : 2/14/2012 | | | |
| EFF : 3/1/2012 | DENTAQUEST | | |
| TRM : 3/31/2012 | | | |
| ADD : 2/14/2012 | | | |

### Limits Segments

| | | | | |
|---|---|---|---|---|
| 3/30/2011 | | | 11/22/2011 | 3/30/2010 |

# 1000200302012153400027652



1500

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

PICA | | PICA

| MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| ☐ (Medicare #) | ☒ (Medicaid #) | ☐ (Sponsor's SSN) | ☐ (Member ID#) | ☐ (SSN or ID) | ☐ (SSN) | ☐ (ID) | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE    SEX
Redacted    M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: TEMPLE   STATE: TX

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY: TEMPLE   STATE: TX

ZIP CODE: 76501   TELEPHONE (Include Area Code): ( )

ZIP CODE: 76501   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☐ NO

a. INSURED'S DATE OF BIRTH   SEX
Redacted    M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM DD YY    M ☐  F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☐ NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM DD YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM MM DD YY   TO MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE

17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM MM DD YY   TO MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
2.
3.
4.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 02 12 | 04 02 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 04 12 | 04 04 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 06 12 | 04 06 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 09 12 | 04 09 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 11 12 | 04 11 12 | 1 | 1 | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 13 12 | 04 13 12 | 1 | 1 | 90847 | | 1 | 160 00 | | | NPI | 1871621060 / 1376864363 |

25. FEDERAL TAX I.D. NUMBER   SSN  EIN
Redacted   ☐  ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE   $ 960 00

29. AMOUNT PAID   $

30. BALANCE DUE   $ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   06 29 2012   DATE

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

EXHIBIT 19

1500

HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

TEXAS MEDICAID & HEALTHCARE
CLAIMS
PO BOX
AUSTIN TX 78720-0735

CARRIER

PICA

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP FECA OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|
| Medicare # / Medicaid # [X] / TRICARE CHAMPUS (Sponsor's SSN) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (SSN or ID) / FECA BLK LUNG (SSN) / OTHER (ID) | Redacted |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE   SEX
M ☐  F [X]

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY: TEMPLE   STATE: TX

8. PATIENT STATUS
Single [X]  Married ☐  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

CITY: TEMPLE   STATE: TX

ZIP CODE: 76501-   TELEPHONE (Include Area Code): ( )

ZIP CODE: 76501   TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  [X] NO

a. INSURED'S DATE OF BIRTH
Redacted   SEX   M ☐  F [X]

b. OTHER INSURED'S DATE OF BIRTH   SEX
M ☐  F ☐

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  [X] NO

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  [X] NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?
☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|
| 04 16 12 / 04 16 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 18 12 / 04 18 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 20 12 / 04 20 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 23 12 / 04 23 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 25 12 / 04 25 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |
| 04 27 12 / 04 27 12 | 1 | 1 | 90847 | 1 | 160 00 | 2 | | NPI | 1871621060 / 1376864363 |

25. FEDERAL TAX I.D. NUMBER   SSN EIN
Redacted   [X]

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
[X] YES  ☐ NO

28. TOTAL CHARGE
$ 960 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 960 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED   DATE 07 09 2012

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b.

33. BILLING PROVIDER INFO & PH #
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363   b. 216914601

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

1500

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CLAIMS
PO BOX
AUSTIN TX 78720-0735

PICA | | | PICA

CARRIER

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. MEDICARE ☐ (Medicare #)  MEDICAID ☒ (Medicaid #)  TRICARE CHAMPUS ☐ (Sponsor's SSN)  CHAMPVA ☐ (Member ID#)  GROUP HEALTH PLAN ☐ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☐ (ID) | | | | | 1a. INSURED'S I.D. NUMBER   (For Program in Item 1) Redacted | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE  SEX
Redacted   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. INSURED'S ADDRESS (No., Street)
Redacted

CITY   TEMPLE        STATE  TX

8. PATIENT STATUS
Single ☒  Married ☐  Other ☐

CITY   TEMPLE        STATE  TX

ZIP CODE  76501   TELEPHONE (Include Area Code) ( )

Employed ☐  Full-Time Student ☐  Part-Time Student ☐

ZIP CODE  76501   TELEPHONE (Include Area Code) ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
☐ YES  ☐ NO

a. INSURED'S DATE OF BIRTH  SEX
Redacted   M ☐  F ☒

b. OTHER INSURED'S DATE OF BIRTH  SEX
MM  DD  YY   M ☐  F ☐

b. AUTO ACCIDENT?
☐ YES  ☐ NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
☐ YES  ☐ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☐ YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNATURE ON FILE

SIGNED _____  DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNATURE ON FILE

SIGNED _____

14. DATE OF CURRENT  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
MM  DD  YY

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  MM DD YY  TO  MM DD YY

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  MM DD YY  TO  MM DD YY

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  ☐ YES  ☐ NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 309 28
3.

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. | A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) | | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From MM DD YY | | | To MM DD YY | | | | CPT/HCPCS | MODIFIER | | | | | | |
| 1 | 04 26 12 | | | 04 26 12 | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 2 | 04 30 12 | | | 04 30 12 | | 1 | | 90847 | | 1 | 160 00 | 2 | | NPI | 1871621060 1376864363 |
| 3 | | | | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN
Redacted  ☐ ☒

26. PATIENT'S ACCOUNT NO.

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
$ 320 00

29. AMOUNT PAID
$

30. BALANCE DUE
$ 320 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

07 09 2012

SIGNED _____  DATE _____

32. SERVICE FACILITY LOCATION INFORMATION
ELLIS COUNTY COMMUNITY
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b.

33. BILLING PROVIDER INFO & PH # ( )
ELLIS COUNTY COMMUNITY SERVICES, INC
625 JEALOUSE WAY # 116
CEDAR HILL TX 75104
a. 1376864363  b. 216914601

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)



TEXAS MEDICAID & HEALTHCARE PARTNERSHIP
TMHP   A STATE MEDICAID CONTRACTOR

Printed on: 6/23/2012 5:22:44 PM





**Patient Information**

Inquiry Information

NPI/API: 1619203361
Eligibility From: 4/1/2012
Eligibility Through: 4/30/2012
Medicaid / Client No.
Social Security Number
Date of Birth
Last Name
First Name

TEMPLE, TX 76501

Bell

30

**Eligibility Segments**

| | | | | | |
|---|---|---|---|---|---|
| EFF : 3/1/2012<br>TRM : 6/30/2012<br>ADD : 3/30/2012 | 48 RIBICOFF CHILDREN<br>UNDER AGE 4 WITH INC | REGULAR | R | | 100 - TRADITIONAL MEDICAID |

**Medicare Segments**
No Medicare Segments found

Apnl
3,4,6    90847
9,11,13
16,18,20
23,25,27
30,26   1871651060

**Lock-In Segments**
No Lock-In Segments found

**TPR Segments**
No TPR Segments found

**TPL Segments**
No TPL Segments found

**Managed Care Segments**
No Managed Care Segments found

**Limits Segments**

| | | | | |
|---|---|---|---|---|
| | | | | 9/22/2009 |

# 100020030201281477 66903 / paid

ORIGINAL **SEALED** 3:15-CV-2085L

JS 44 (Rev. 09/11)                                    **CIVIL COVER SHEET**

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

PARTIES UNDER SEAL

**DEFENDANTS**

PARTIES UNDER SEAL

**RECEIVED**
RAN
JUN 1 9 2015
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    ELLIS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
WITT, McGREGOR & BOURLAND, P.L.L.C., 8004 Woodway Dr., #400,
Waco, TX 76712

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government
  Plaintiff
- ☐ 2  U.S. Government
  Defendant
- ☐ 3  Federal Question
  *(U.S. Government Not a Party)*
- ☐ 4  Diversity
  *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Med. Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☒ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration |
| **REAL PROPERTY** | **LABOR** |  |  | ☐ 899 Administrative Procedure |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 U.S. Code Section 3730(b)
Brief description of cause:
An original source of information brings suit against a medical provider under the False Claims Act.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $  3 Million Dollars
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) PENDING OR CLOSED:** *(See instructions):*
JUDGE  Jane J. Boyle
DOCKET NUMBER  3:15-CR-66-B(01)

DATE
06/16/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



Matthew C. Witt
Witt, McGregor & Bourland, P.L.L.C.
8004 Woodway Drive, Suite 400
Waco, TX 76712-3648

RECEIVED 2

MAILROOM ***
JUN 19 2015

RECEIVED
JUN 19 2015
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Clerk
1100 Commerce Street, Room 1452
Dallas, TX 75242

UNITED STATES POSTAGE
$006.700
MAILED FROM ZIP CODE 76701